

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KARL J. ASHANTI**
Senior Counsel
Phone: (212) 356-2371
Fax: (212) 788-9776
kashanti@law.nyc.gov

August 30, 2016

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Allen Brown v. City of New York, et al.</u>
                  15 CV 4488 (KAM)(RER)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the defendants in the above-referenced matter. I write to respectfully inform the Court of defendants' position concern the document that is the subject of the *in camera* inspection conducted by the Court.

        That document, which contains the notes of Internal Affairs Bureau ("IAB") investigator Sergeant Scott Reiser, has already been produced in discovery – in redacted form – under Bates No. NYC185. After careful consideration, defendants state that, as the handwritten notes on the document seem to concern factual assertions only, given the Court's prior ruling during the August 4, 2016 telephone conference that notes concerning the facts of the incident are not privileged, defendants elect not to move for a protective order at this time. However, while defendants do not seek a protective order to prevent disclosure of the notes in the document, defendants request that any disclosure thereof be deemed "confidential" with the meaning of the Stipulation & Protective Order endorsed by the Court on February 1, 2016 and protected accordingly.

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/S

Karl J. Ashanti, Esq.

cc: Amy Rameau, Esq. (by ECF)
Joel Rudin, Esq. (by ECF)