UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ALLEN BROWN,

                Plaintiff,

                **NOTICE OF MOTION**

      -against-

                15 CV 4488 (KAM)(RER)

THE CITY OF NEW YORK,
Police Officer JEFFREY SMITH, Shield No. 5466,
Sergeant JERRY GARCIA, Shield No. 2320, Police
Officer ANTHONY BIONDOLILLO, Shield No. 4033, and
Police Officer JAY RICHIEZ, Shield No. 4293,

                Defendants.
------------------------------------------------------------------------

      **PLEASE TAKE NOTICE** that upon all papers and proceedings had herein to date and upon the accompanying affirmation, exhibits, declaration, and Memorandum of Law, dated October 12, 2018, Plaintiff Allen Brown will move this Court, before the Honorable Ramon E. Reyes, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order, pursuant to Fed. R. Civ. P. 37(c)(1)(A) and this Court's order dated June 28, 2018, granting Plaintiff's motion for the payment of reasonable attorneys' fees to the Law Offices of Joel B. Rudin, P.C., in the amount of $107,377.50 and costs in the amount of $623.21.

Dated: October 12, 2018
       New York, New York

                                LAW OFFICES OF JOEL B. RUDIN, P.C.
                                Carnegie Hall Tower
                                152 West 57th Street, 8th Floor
                                New York, New York 10019
                                212-752-7600
                                *Counsel for Plaintiff*

                                By: _____
                                      Joel B. Rudin
                                      Haran Tae

To:    Melanie Speight, Esq.
        Assistant Corporation Counsel
        100 Church Street
        New York, New York 10007
        212-356-2654
        *Counsel for Defendants*